# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>MARK WILFRED TAMARIN,<br>    Defendant. | Case No. CR 17-344 DSF<br><br>ORDER CONFIRMING DENIAL OF MOTION FOR BAIL PENDING APPEAL<br>(Dkt. 173) |

    On February 24, 2020, the Court sentenced defendant Mark Wilfred Tamarin to 71 months in prison and ordered him remanded to the custody of the United States Marshal. Dkts. 127, 170. Tamarin then moved in the Ninth Circuit for bail pending appeal, but the motion was denied without prejudice because Tamarin had failed to first seek bail on appeal before this Court. Dkt. 172. On June 9, 2020, Tamarin filed his Motion for Bail Pending Appeal, arguing that he is neither a flight risk nor a danger to the community. The government opposed the motion and Tamarin filed a reply.

On July 6, 2020, denied the motion. Dkt. 188. The Court disagreed with Tamarin's argument and, among other things, reiterated what it had previously stated (see dkt. 127):

> Defendant provided no evidence, much less clear and convincing evidence, that he is not likely to flee. Having observed the Defendant for seven days and heard his testimony, the Court concludes he is a flight risk. The government argues that Defendant also poses a danger to the safety of other persons, stating that he has made threats in the past and he works in the same building as some of the people who testified against him. The government agreed not to address the threats in its case in chief at trial, and no such evidence was introduced. Government counsel referred to a police report, but there was no reason to provide it to the Court at that time. Should the Defendant seek reconsideration of the Court's order of remand, the government may address this issue further.

Dkt. 188.

Despite the filing of the July 6 Order, Tamarin appears to believe the Motion for Bail Pending Appeal is still pending in this Court. See Ninth Circuit Case No. 20-50048, dkt. 14 at 2. Tamarin is incorrect. On July 17, 2020, Tamarin filed a "Supplement" to his Motion consisting of an Order made by a different judge of this Court in a civil class action and letters to the warden and assistant warden of FCI-Lompoc, the facility in which Tamarin is incarcerated. But none of these late-filed documents has the effect of vacating this Court's order denying bail. Nor do any of them address the Court's determination concerning Tamarin's flight risk or danger to the community.

Because counsel's recent communication through the Court's courtroom deputy clerk suggests that Tamarin believes the Court

has not yet addressed his Motion, the Court issues this Order to confirm that his Motion was denied. To the extent the "Supplement" is a motion for reconsideration, that motion is also denied.

IT IS SO ORDERED.

Date: November 3, 2020

*[signature]*

Dale S. Fischer
United States District Judge